FILED

06/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Nos. DA 20-0192, DA 20-0193, DA 20-0194

IN THE MATTERS OF:

C.H., N.H., M.H.,

      Youths in Need of Care.

## ORDER CONSOLIDATING CASES

Upon consideration of Appellant Father's Unopposed Motion to Consolidate DA 20-0192, DA 20-0193, DA 20-0194 and good cause appearing, Appellant's motion is GRANTED and Cause Nos. DA 20-0192, DA 20-0193, DA 20-0194 are hereby consolidated under Cause No. DA 20-1092 and henceforth captioned In the Matters of C.H., N.H., M.H.

Signed and dated as indicated below.

1

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 4 2020